AO 451 (Rev.12/93)   Certification of Judgment

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __VIRGINIA__

National Stabilization Agreement of the Sheet
Metal Industry Trust Fund, et al.

V.

Greenwood Industries., et al.

**CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT**

Case Number: 1:04cv740

05-40002

I, __Elizabeth H. Paret__ Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action __1/11/2005__, as it
Date

appears in the records of this court, and that
no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

__2/15/2005__
Date

Elizabeth H. Paret, Clerk
Clerk

(By) Deputy Clerk

FILING FEE PAID:
# 404538
$ 39.00
SJones
3-11-05

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| NATIONAL STABILIZATION AGREEMENT OF THE SHEET METAL INDUSTRY TRUST FUND, *et al.* | : : : : | |
| Plaintiffs | : | Civil Action No. 04-740A |
| v. | : : | |
| GREENWOOD INDUSTRIES, INC., et al. | : : : | |
| Defendants | : | |

## CONSENT ORDER AND JUDGMENT

Upon agreement of the parties, Plaintiffs, National Stabilization Agreement of the Sheet Metal Industry Trust Fund ("SASMI"), the Sheet Metal Workers' National Pension Fund ("NPF"), the International Training Institute for the Sheet Metal and Air Conditioning Industry ("ITI") (formerly known as the National Training Fund for the Sheet Metal and Air Conditioning Industry), the Sheet Metal Workers' International Association Scholarship Fund ("SMWIASF"), the National Energy Management Institute Committee ("NEMI") and the Sheet Metal Occupational Health Institute Trust Fund ("SMOHI" and together with NPF, ITI, SMWIASF, NEMI, jointly referred to as "National Funds" and together with SASMI as "Funds" or "Plaintiffs") and Defendant, Greenwood Industries, Inc. ("Company" or "Defendant"), hereby stipulate to entry of judgment in favor of Plaintiffs and against Defendant, Greenwood Industries, Inc., as set forth herein:

WHEREFORE, this 11 day of January, 2005, judgment is hereby entered in favor of Plaintiffs and against Defendant and it is ORDERED by the Court that:

137052-5                                             1

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY_____
      DEPUTY CLERK

17



# JENNINGS SIGMOND
### ATTORNEYS AT LAW

Shelley R. Goldner
Direct Dial: (215) 351-0644
E-Mail Address: sgoldner@jslex.com

Member: PA Bar

JENNINGS SIGMOND, P.C.
THE PENN MUTUAL TOWERS
16TH FLOOR
510 WALNUT STREET
INDEPENDENCE SQUARE
PHILADELPHIA, PA 19106-3683
215-922-6700
FAX 215-922-3524

EDWARD DAVIS 1893-1987
M. H. GOLDSTEIN 1904-1971

March 7, 2005

Clerk
United States District Court
District of Massachusetts
Donohue Federal Bldg.
595 Main Street
Worcester, MA  01608

05-40002

RE: **National Stabilization Agreement of the Sheet Metal Industry Trust Fund, et al. v. Greenwood Industries, et al.**
    **Civil Action No. 04-740A**

Dear Sir/Madam:

Enclosed please find the following:

1. Certified copy of an Order entered January 11, 2005;

2. Executed AO-451 Form; and

3. A check in the amount of Thirty-Nine Dollars ($39.00) to cover the filing fee.

Kindly register this judgment in the District of Massachusetts, time-stamp the enclosed copy and return it to me in the enclosed envelope.

The Defendant's address is: Greenwood Industries, Inc., 50 Howe Avenue, Millbury, Massachusetts  01527 and David S. Klein, 2 Wood Street, Southboro, Massachusetts  01772

Very truly yours,

*Shelley R. Goldner/tkl*

SHELLEY R. GOLDNER

SRG/tkl
sassmw.25947.c
greenwood industries
Enclosures
cc: Jennifer Portinga (w/o enclosures)
    Diane Petrice (w/o enclosures)

149384-1