IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL STABILIZATION AGREEMENT OF THE SHEET METAL INDUSTRY TRUST FUND, et al.<br><br>Plaintiffs<br><br>v.<br><br>GREENWOOD INDUSTRIES, INC., et al. | Misc. Action No.:<br>05-MBD-40002 |

## SATISFACTION OF JUDGMENT

COMES NOW the Plaintiffs, National Stabilization Agreement of the Sheet Metal Industry Trust Fund ("SASMI") and Sheet Metal Workers' National Pension Fund ("NPF"), International Training Institute for the Sheet Metal and Air Conditioning Industry ("ITI"), and Sheet Metal Workers' International Association Scholarship Fund ("SMWIASF") and National Energy Management Institute Committee ("NEMI") and Sheet Metal Occupational Health Institute Trust Fund ("SMOHI") and the NPF, ITI, SMWIASF, NEMI and SMOHI (jointly, "National Funds") by and through their respective Administrators, hereby notifies the Court that the foreign Judgment entered by the Court on March 11, 2005, has been satisfied in full by Defendants.

Respectfully submitted on behalf of the Funds by,

JENNINGS SIGMOND, P.C.

Date: 10/5/05

BY: _____
DAVID S. BAHURIAK, JR., ESQUIRE
Counsel for Plaintiffs

Date: 9-20-05

BY: _____
Diane Ferguson, Administrator for SASMI

Date: 9-15-05

BY: _____
Marc LeBlanc, Administrator for the National Funds

155184-1